IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | : | Chapter 11 |
| | : | |
| TK HOLDINGS, INC., et al., | : | Bankruptcy Case No. 17-11375 (BLS) |
| | : | |
| Debtors. | : | |
| _____ | : | |
| | : | |
| ERIC D. GREEN, as Trusteee of the Takata Airbag Tort Compensation Fund, | : | |
| | : | |
| Plaintiff and Appellee, | : | |
| | : | |
| v. | : | Miscellaneous No. 21-58-RGA |
| | : | |
| MITSUI SUMITOMO INSURANCE COMPANY, LIMITED | : | |
| | : | |
| Defendant and Appellant. | : | |

## RECOMMENDATION

At Wilmington this **23rd** day of **March, 2021**.

WHEREAS, pursuant to paragraph 2(a) of the Procedures to Govern Mediation of Appeals from the United States Bankruptcy Court for this District dated September 11, 2012, the court conducted an initial review, which included information from counsel, to determine the appropriateness of mediation in this matter;

WHEREAS, as a result of the above screening process, the issues involved in this case are not amenable to mediation and mediation at this stage would not be a productive exercise, a worthwhile use of judicial resources nor warrant the expense of the process.

On March 16, 2021, the parties to this appeal timely provided a joint response to this Court's Oral Order of March 15, 2021 regarding mandatory mediation for Bankruptcy Court appeals.  On March 1, 2021, a Motion for Leave to Appeal was filed by Mitsui Sumitomo Ins. Co., Ltd.  Subsequently, a briefing schedule on this motion was set pursuant to this Court's Local Rules.  Thereafter on March 9, 2021, an Emergency Motion for a Stay Pending Appeal of the Memorandum Order Granting the Plaintiff's Motion for Alternative Service was file by Mitsui Sumitomo Ins. Co., Ltd..  On March 12, 2021, an Order was entered by the Honorable Richard G. Andrews denying the emergency motion for the requested stay.

On March 16, 2012, counsel for the plaintiffs and defendant in this matter, contacted Magistrate Judge Thynge and discussed this matter.  Thereafter, counsel for the parties (Eric D. Green in his capacity as Trustee for the Takata Airbag Tort Compensation Fund or TATCTF) and Mitsui Sumitomo Ins. Co., Ltd. confirmed in writing the discussion with Judge Thynge requesting removal from the mandatory mediation requirement in connection with this matter.  Counsel advised that the parties intend to brief Appellant/Mitsui's pending motion for leave to file an interlocutory appeal consistent with this Court's briefing rules.

THEREFORE, IT IS RECOMMENDED that, pursuant to paragraph 2(a) Procedures to Govern Mediation of Appeals from the United States Bankruptcy Court for this District and 28 U.S.C. § 636(b), this matter be withdrawn from the mandatory referral for mediation and proceed through the appellate process of this Court.  No objections to this Recommendation pursuant to 28 U.S.C. § 636(b)(1)(B), FED. R. CIV. P. 72(a) and D. DEL. LR 72.1 are anticipated since it is consistent with the parties'

request.

      Local counsel are obligated to inform out-of-state counsel of this Order.

                                               /s/ Mary Pat Thynge
                                               Chief U.S. Magistrate Judge Mary Pat Thynge